UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DERRYL TYRONE FOSTER,

               Plaintiff,

    v.

HISINO, *et al.*,

               Defendants.

Case No. 1:26-cv-03107-CDB (PC)

ORDER DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE

**45-Day Deadline**

<u>Clerk of the Court to Attach IFP Application</u>

Plaintiff, a state prisoner, proceeds pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee[1] or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within 45 days** of the date of service of this order, Plaintiff shall complete, sign, and file the attached application to proceed *in forma pauperis*, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **April 29, 2026**

                                                            
UNITED STATES MAGISTRATE JUDGE

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $55. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule ¶ 14 (eff. Dec. 1, 2023)). The additional $55 administrative fee does not apply to persons granted leave to proceed *in forma pauperis*.

1